UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VINCENT BERTOLINO,

                Plaintiff,

-against-

THE CITY OF NEW YORK; POLICE OFFICER
LUIS CASTILLO, Shield No. 20688; POLICE
OFFICER "FNU" (FIRST NAME UNKNOWN)
ROCHA; POLICE OFFICER DIANA
ESCALERA, Shield No. 1699; POLICE OFFICER
JOHN NUNEZ; JOHN DOE #1; JOHN DOES;
and RICHARD ROES,

                Defendants.
------------------------------------------------------------X

**PROOF OF SERVICE**

15 Civ. 7327 (RJS) (GWG)

STATE OF NEW YORK   )
                             )ss.:
COUNTY OF NEW YORK )

I, Jeffrey A. Rothman, hereby affirm under the penalties of perjury:

      I am not a party to this action, I am over 18 years of age and I am self-employed as an attorney at 315 Broadway, Suite 200; New York, New York, 10007. I am counsel for the Plaintiff in the above-captioned action, and am admitted to practice in the United States District Court for the Southern District of New York.

      On October 26, 2015 approximately 3:22 p.m., at the New York City Law Department, 100 Church Street, New York, NY 10007, I served the Summons and Complaint upon the CITY OF NEW YORK, a defendant therein named by personally delivering and leaving a true copy or copies of the aforementioned documents with Betty Mazyck, a Docketing Clerk authorized to accept service.

      On October 26, 2015, approximately 2:30 p.m., at the NYPD Detective Bureau, Grand Larceny Division, 1 Police Plaza, New York, NY 10038, I served the Summons and Complaint upon POLICE OFFICER DIANA ESCALERA, Shield No. 1699, a defendant therein named, by personally delivering and leaving at her actual place of business with Sergeant Brandi Sanchez, Shield No. 1752, a person of suitable age and discretion who accepted the papers on her behalf, a true copy or copies of the aforementioned documents. On October 26, 2015, I then mailed a copy of the aforementioned documents to POLICE OFFICER DIANA ESCALERA, Shield No. 1699, a defendant therein named, at the NYPD Detective Bureau, Grand Larceny Division, 1 Police Plaza, New York, NY 10038, her actual place of business, via first class mail, proper postage affixed to a sealed envelope bearing the legend "personal and confidential" and not indicating on the outside thereof in any manner that the communication is from an attorney or concerns an action against the person to be served.

On October 26, 2015, approximately 3:00 p.m., at the NYPD Transit District 4, Union Square Subway Station, 14th Street / Union Square West, New York, NY 10003, I served the Summons and Complaint upon POLICE OFFICER LUIS CASTILLO, Shield No. 20688, a defendant therein named, by personally delivering and leaving at his actual place of business with Lieutenant Phillip Howard, a person of suitable age and discretion who accepted the papers on his behalf, a true copy or copies of the aforementioned documents.  October 26, 2015, I then mailed a copy of the aforementioned documents to POLICE OFFICER LUIS CASTILLO, Shield No. 20688, a defendant therein named, at the NYPD Transit District 4, Union Square Subway Station, 14th Street / Union Square West, New York, NY 10003, his actual place of business, via first class mail, proper postage affixed to a sealed envelope bearing the legend "personal and confidential" and not indicating on the outside thereof in any manner that the communication is from an attorney or concerns an action against the person to be served.

On October 26, 2015, approximately 3:00 p.m., at the NYPD Transit District 4, Union Square Subway Station, 14th Street / Union Square West, New York, NY 10003, I served the Summons and Complaint upon POLICE OFFICER JOHN NUNEZ, a defendant therein named, by personally delivering and leaving at his actual place of business with Lieutenant Phillip Howard, a person of suitable age and discretion who accepted the papers on his behalf, a true copy or copies of the aforementioned documents.  October 26, 2015, I then mailed a copy of the aforementioned documents to POLICE OFFICER JOHN NUNEZ, a defendant therein named, at the NYPD Transit District 4, Union Square Subway Station, 14th Street / Union Square West, New York, NY 10003, his actual place of business, via first class mail, proper postage affixed to a sealed envelope bearing the legend "personal and confidential" and not indicating on the outside thereof in any manner that the communication is from an attorney or concerns an action against the person to be served.

October 26, 2015                     _____
                                      Jeffrey A. Rothman