UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VINCENT BERTOLINO,                           )
                                             )
                   Plaintiff,              )       **PROOF OF SERVICE**
                                             )
    -against-                              )
                                             )
THE CITY OF NEW YORK; POLICE OFFICER         )       **15 Civ. 7327 (RJS) (GWG)**
LUIS CASTILLO, Shield No. 20688; POLICE      )
OFFICER JORGE ROCA, Shield No. 17786;        )
POLICE OFFICER DIANA ESCALERA, Shield        )
No. 1699; POLICE OFFICER JOHN NUNEZ;         )
JOHN DOE #1; JOHN DOES; and RICHARD          )
ROES,                                        )
                                             )
                  Defendants.              )
------------------------------------------------------------X

STATE OF NEW YORK     )
                      )ss.:
COUNTY OF NEW YORK    )

      I, Jeffrey A. Rothman, hereby affirm under the penalties of perjury:

      I am not a party to this action, I am over 18 years of age and I am self-employed as an attorney at 315 Broadway, Suite 200; New York, New York, 10007.  I am counsel for the Plaintiff in the above-captioned action, and am admitted to practice in the United States District Court for the Southern District of New York.

      On January 11, 2016, approximately 9:45 a.m., at the NYPD Transit District 4, Union Square Subway Station, 14th Street / Union Square West, New York, NY 10003, I served the Summons and Amended Complaint upon POLICE OFFICER JORGE ROCA, Shield No. 17786, a defendant therein named, by personally delivering and leaving at his actual place of business with Lieutenant Phillip Howard, a person of suitable age and discretion who accepted the papers on his behalf, a true copy or copies of the aforementioned documents.  On January 11, 2016, I then mailed a copy of the aforementioned documents to POLICE OFFICER JORGE ROCA, Shield No. 17786, a defendant therein named, at the NYPD Transit District 4, Union Square Subway Station, 14th Street / Union Square West, New York, NY 10003, his actual place of business, via first class mail, proper postage affixed to a sealed envelope bearing the legend "personal and confidential" and not indicating on the outside thereof in any manner that the communication is from an attorney or concerns an action against the person to be served.

                                          January 11, 2016      _____/S/_____
                                                                       Jeffrey A. Rothman