UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VINCENT BERTOLINO,                                )
                                                  )
                Plaintiff,                     )
                                                  )   **WITHDRAWAL OF**
   -against-                                     )   **JURY TRIAL DEMAND**
                                                  )
THE CITY OF NEW YORK; POLICE OFFICER              )   15 Civ. 7327 (RJS)
LUIS CASTILLO, Shield No. 20688; POLICE           )
OFFICER JORGE ROCA, Shield No. 17786;             )
POLICE OFFICER DIANA ESCALERA, Shield             )
No. 1699; POLICE OFFICER JOHN NUNEZ;              )
JOHN DOE #1; JOHN DOES; and RICHARD               )
ROES,                                             )
                                                  )
                Defendants.                    )
------------------------------------------------------------X

       PLEASE TAKE NOTICE, that the Plaintiff, by his attorney, Jeffrey A. Rothman, hereby withdraws his demand for a trial by jury in this matter.  Plaintiff does not desire a trial by jury on any of the issues in this case, and desires to proceed by way of bench trial as to all issues.


Dated:       New York, New York
                January 12, 2016

                                                   ___/S/ Jeffrey A. Rothman_____
                                                   Jeffrey A. Rothman, Esq.
                                                   315 Broadway, Suite 200
                                                   New York, New York 10007
                                                   (212) 227-2980

                                                   Attorney for Plaintiff