UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-13-16
```

VINCENT BERTOLINO,

                    Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

                    Defendants.

No. 15-cv-7327 (RJS)
<u>ORDER</u>

RICHARD J. SULLIVAN, District Judge:

    This case has been assigned to my docket and shall be conducted in accordance with the Southern District of New York's "Plan For Certain § 1983 Cases Against the City of New York" (the "Plan"). Specifically, the parties shall comply with the obligations and deadlines set forth in the Plan, which is available at: www.nysd.uscourts.gov/rules/The_Plan_and_Exhibits_201108.pdf.

    Additionally, the parties are HEREBY ORDERED to appear for an initial conference on Friday, May 6, 2016 at 2:00 p.m. in Courtroom 905 of the United States District Court for the Southern District of New York, 40 Centre Street, New York, New York.

    IT IS FURTHER ORDERED THAT, by Monday, April 11, 2016, the parties shall jointly submit a letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

    (1)    A brief statement of the nature of the action and the principal defenses thereto;

    (2)    A brief explanation of why jurisdiction and venue lie in this Court;

    (3)    A brief description of all outstanding motions and/or outstanding requests to file motions;

    (4)    Confirmation of the date on which Plaintiff served a § 160.50 Release and, if applicable, Medical Release on Defendant(s) and the date on which Defendant's answer is therefore due;

(5) A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(6) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(7) The estimated length of trial; and

(8) Any other information that you believe may assist this Court in resolving this action.

IT IS FURTHER ORDERED THAT, by Monday, April 11, 2016, the parties shall submit to the Court a proposed case management plan and scheduling order for a § 1983 case. My template for such an order is being emailed to the parties.

The status letter and proposed case management plan and scheduling order shall be filed on ECF and e-mailed to my chambers at the following email address: sullivannysdchambers@nysd.uscourts.gov. Please consult my Individual Rules with respect to communications with chambers and related matters.

Plaintiff is ordered to serve Defendants with a copy of this Order and file a certificate of service on ECF indicating that this service was effectuated. Defendants shall thereafter file a proper notice of appearance through ECF, if they have not already done so.

SO ORDERED.

Dated: January 13, 2016
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE