UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VINCENT BERTOLINO,                          )
                                            )
                        Plaintiff,          )     **PROOF OF SERVICE**
                                            )
     -against-                              )
                                            )
THE CITY OF NEW YORK; POLICE OFFICER        )     **15 Civ. 7327 (RJS) (GWG)**
LUIS CASTILLO, Shield No. 20688; POLICE     )
OFFICER JORGE ROCA, Shield No. 17786;       )
POLICE OFFICER DIANA ESCALERA, Shield       )
No. 1699; POLICE OFFICER JOHN NUNEZ;        )
JOHN DOE #1; JOHN DOES; and RICHARD         )
ROES,                                       )
                                            )
                        Defendants.         )
------------------------------------------------------------X

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )

    I, Jeffrey A. Rothman, hereby affirm under the penalties of perjury:

    I am not a party to this action, I am over 18 years of age and I am self-employed as an attorney at 315 Broadway, Suite 200; New York, New York, 10007.  I am counsel for the Plaintiff in the above-captioned action, and am admitted to practice in the United States District Court for the Southern District of New York.

    On January 13, 2016, I emailed a copy of Judge Sullivan's Order of the same date, which, *inter alia*, schedules an initial conference for May 6, 2016 at 2:00 p.m., to opposing counsel, Assistant Corporation Counsel Elissa Jacobs, Esq., who the same day emailed back to acknowledge receipt of same.

                             January 20, 2016       _____/S/_____
                                                                  Jeffrey A. Rothman