UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
VINCENT BERTOLINO,                              )
                                                )
                          Plaintiff,            )        **CLERK'S CERTIFICATE OF**
                                                )        **DEFAULT**
                                                )
       -against-                                )
                                                )
THE CITY OF NEW YORK; POLICE OFFICER            )        **15 Civ. 7327 (RJS)**
LUIS CASTILLO, Shield No. 20688; POLICE         )
OFFICER JORGE ROCA, Shield No. 17786;           )
POLICE OFFICER DIANA ESCALERA, Shield           )
No. 1699; POLICE OFFICER JOHN NUNEZ;            )
JOHN DOE #1; POLICE LIEUTENANT VITO             )
LABELLA; POLICE LIEUTENANT MICHAEL              )
GULINELLO; POLICE OFFICER "FNU" [FIRST          )
NAME UNKNOWN] LOPEZ; JOHN DOES; and             )
RICHARD ROES,                                   )
                                                )
                          Defendants.           )
--------------------------------------------------------X

       I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District

of New York, do hereby certify as follows:

       This action was commenced on September 16, 2015 by the filing of the Complaint

(docket #1).  On October 26, 2015 defendants City of New York, Diana Escalera, Luis Castillo,

and John Nunez were each served with the Summons and Complaint (proof of service, docket #

12).

       An Amended Complaint was filed on January 5, 2016 (docket #12).  On January 11, 2016

defendant Jorge Roca was served with the summons and Amended Complaint (proof of service,

docket # 16).

       Pursuant to Judge Sullivan's Order dated March 4, 2016 (electronically docketed on

March 7, 2016 as docket # 27), Plaintiff filed a Second Amended Complaint on March 7, 2016

(docket # 28).   On June 3, 2016 defendants Vito Labella, Michael Gulinello, and Hector Lopez

were served with the summons and Second Amended Complaint (proof of service, docket # 41).

On May 9, 2016 Judge Sullivan denied Defendants' motion to dismiss the Second Amended Complaint (docket # 36).

I further certify that the docket entries indicate that none of the defendants have filed an answer to the Second Amended Complaint.  The default of the defendants - City of New York, Diana Escalera, Luis Castillo, John Nunez, Jorge Roca, Vito Labella, Michael Gulinello, and Hector Lopez – is hereby noted.

Dated:    New York, New York
          _____, 2016

                                    **RUBY J. KRAJICK**
                                    **CLERK OF COURT**

                                    _____
                                    **By:**   **Deputy Clerk**