UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VINCENT BERTOLINO,

                Plaintiff,

   -against-                              **Notice of Motion**

THE CITY OF NEW YORK; POLICE OFFICER    **15 Civ. 7327 (RJS)**
LUIS CASTILLO, Shield No. 20688; POLICE
OFFICER JORGE ROCA, Shield No. 17786;
POLICE OFFICER DIANA ESCALERA, Shield
No. 1699; POLICE OFFICER JOHN NUNEZ;
JOHN DOE #1; POLICE LIEUTENANT VITO
LABELLA; POLICE LIEUTENANT MICHAEL
GULINELLO; POLICE OFFICER "FNU" [FIRST
NAME UNKNOWN] LOPEZ; JOHN DOES; and
RICHARD ROES,

                Defendants.
------------------------------------------------------------X

       PLEASE TAKE NOTICE, that the Plaintiff, by his attorney, Jeffrey A. Rothman, hereby moves for partial reconsideration / refinement, pursuant to Local Rule 6.3, of the Court's September 1, 2016 Order.

Dated:     New York, New York
             September 15, 2016

                                                    _____/S/_____
                                                    JEFFREY A. ROTHMAN, Esq.
                                                    315 Broadway, Suite 200
                                                    New York, New York 10007
                                                    (212) 227-2980