UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/21/16__

VINCENT BERTOLINO,

                          Plaintiff,

    -v-

CITY OF NEW YORK, *et al.*,

                          Defendants.

No. 15-cv-7327 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The parties have filed copies of Defendants' Rule 68 offer of judgment of $8,501, plus reasonable attorneys' fees, expenses, and costs; Plaintiff's acceptance of that offer; and proof of service. (Doc. No. 60.)  IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs.  IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the judgment.  *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request.  Upon receipt of such a letter, this action will be restored.  IT IS FURTHER ORDERED THAT all conferences and deadlines are adjourned indefinitely.  The Clerk of Court is respectfully directed to enter judgment in Plaintiff's favor in the amount of $8,501 and to close this case.

SO ORDERED.

Dated:        October 21, 2016
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE