```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VINCENT BERTOLINO,

                Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------X

15 **CIV** 7327 (RJS)

**JUDGMENT**

    Whereas the parties have filed copies of Defendants' Rule 68 Offer of Judgment of $8,501, plus reasonable attorneys' fees, expenses, and costs; Plaintiff's acceptance of that offer; and proof of service, and the matter having come before the Honorable Richard J. Sullivan, United States District Judge, and the Court on October 21, 2016, having issued an Order dismissing this case with prejudice but without costs, retaining jurisdiction to enforce the judgment, that however within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request and upon receipt of such letter, this action will be restored, adjourning all conferences and deadlines indefinitely, and directing the Clerk of Court to enter judgment in Plaintiff's favor in the amount of $8,501 and to close this case, it is,

    **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated October 21, 2016, judgment is entered in plaintiff Vincent Bertolino's favor in the amount of $8,501 as against the City of New York; this case is dismissed with prejudice but without costs; the Court retains jurisdiction to enforce this judgment; however within thirty days of the date of the Order dated October 21, 2016, any party may send a letter requesting to restore this action to the docket with an explanation for the request and upon receipt of such letter, this action will be restored.

**DATED:** New York, New York
           October 27, 2016

**RUBY J. KRAJICK**
_____
           Clerk of Court

BY: _____
           Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** 10/27/2016