USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/16

# Jeffrey A. Rothman
Attorney at Law
315 Broadway, Suite 200
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com

November 10, 2016

**By ECF To:**
Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re:   Vincent Bertolino v. City of New York, et al.; 15 Civ. 7327 (RJS)

Dear Judge Sullivan:

   I am counsel for Plaintiff in this action. I write to inform the Court that opposing counsel and I yesterday reached a settlement in principle concerning the attorney's fees and costs to be paid by the City in conjunction with the Rule 68 Offer accepted by the Plaintiff in this case. The Judgment was entered on October 27, 2016, which would make Plaintiff's fees and costs application be due today. I respectfully request that that deadline be adjourned *sine die*, as the parties will shortly be forwarding to Your Honor a proposed Stipulation and Order of Settlement concerning the attorney's fees and costs.

   I thank the Court for its consideration in this matter.

Respectfully submitted,

/S/

Jeffrey A. Rothman

cc:   Elissa Jacobs, Esq. (by ECF)

```
IT IS HEREBY ORDERED that Plaintiff's deadline to file his application for fees and
costs is adjourned to November 23, 2016.
```

SO ORDERED
Dated: 11/10/16

RICHARD J. SULLIVAN
U.S.D.J.

1